UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

|  |  |  |
|---|---|---|
| **KRISTYL MILLER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Case No. 3:22-cv-04777-GC-LHG** |
| | ) | |
| **GOLDCREST PROPERTIES, LLC,** *et al.*) | | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

IT IS HEREBY STIPULATED and AGREED by and between undersigned counsel of Plaintiff, Kristyl Miller, and Defendants, Goldcrest Properties, LLC, Cedar Brook NJ, LLC, Hillel Hertz, Mark Hirsch, Rouey Malul, and Jay Fischer, pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6.1, that:

1. Defendants' time to answer, move, or otherwise respond to Plaintiff's Complaint is extended from September 26, 2022, to October 31, 2022.

2. Defendants waived the service of summons on September 16, 2022.

3. No other extension requests have been made to date.

4. Good cause exists for the agreed extension because Defendants' counsel was recently retained and needs additional time to investigate the Complaint and finalize a response to it.

5. IT IS FURTHER STIPULATED AND AGREED that this stipulation or extension does not constitute a waiver of any claim, right, or defense.

6. The requested extension will not affect any of the other dates set in the case.

| Karpf, Karpf & Cerutti, P.C. | HALL BOOTH SMITH, P.C. |
|---|---|
| */s/ Julia Clark*<br>Julia Clark, Esq.<br>Two Greenwood Square<br>Suite 128<br>Bensalem, PA 19020<br>(215) 639-0801 phone<br>(215) 639-4970 fax<br>*Attorneys for Plaintiff* | */s/ Jeffrey Daitz*<br>Jeffrey Daitz<br>15 East Midland Avenue, Suite 3A<br>Paramus, NJ 07652<br>(201) 614-6350 phone<br>(201) 730-6254 fax<br>JDaitz@hallboothsmith.com<br>*Attorneys for Defendants* |

2