IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KRISTYL MILLER | CIVIL ACTION |
| Plaintiff, | |
| v. | CASE NO.: 22-4777 |
| GOLDCREST PROPERTIES, LLC, et al. | |
| Defendants. | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties having resolved this matter and settlement being consummated, it is hereby stipulated pursuant to Rule 41 of the Federal Rules of Civil Procedure, by and between Plaintiff and Defendants, by and through their undersigned counsel, that this above-captioned action be dismissed in its entirety with prejudice and without costs or attorneys' fees to either party. The parties consent to use of electronic signatures on this Stipulation.

| | |
|---|---|
| By: /s/ Timothy S. Seiler<br>Timothy S. Seiler, Esq.<br>Karpf, Karpf & Cerutti<br>3331 Street Road<br>Two Greenwood Sq., Suite 128<br>Bensalem, Pa. 19020<br>Tel: (215) 639-4970<br>*Attorney for Plaintiff*<br><br>Dated: May 21, 2024 | By: /s/ Jeffrey M. Daitz<br>Jeffrey M. Daitz, Esq.<br>15 East Midland Avenue, Suite 3A<br>Paramus, NJ 07652<br>(201) 614-6350 phone<br>(201) 730-6254 fax<br>JDaitz@hallboothsmith.com<br>*Attorneys for Defendants*<br><br>Dated: May 21, 2024 |

It is so ordered this 23rd day of May, 2024.

Georgette Castner, U.S.D.J.